**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 19-41155-ELM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | LANDGRAF, MATTHEW GUY | Date Filed (f) or Converted (c): | 03/22/2019 (f) |
| For the Period Ending: | 3/12/2022 | §341(a) Meeting Date: | 05/21/2019 |
| | | Claims Bar Date: | 10/12/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9214 Miles Rd. 9210 Miles Rd Rowlett, TX 75089-000 Homestead Rural Comprised of 44.84 contiguous acres of rural land; with one acre burdened by life estate of W. N. Nichols. Dallas | $548,260.00 | $0.00 | | $0.00 | $1,119,389.50 |
| 2 | Make: Subaru Model: STI Year: 2011 Other Information: Vehicle is believed to be in the possession of Mia Burch, Rockledge, Florida. STi Family Management, LLC has equitable title. Vehicle has had $30k of modifications. | $60,000.00 | $10,000.00 | | $0.00 | FA |
| 3 | Make: Mazda Model: Pickup truck Year: 1994 Mileage: 180,000 Other Information: 1994 Mazda Pickup truck (approx. 180,000 miles) In need of much repair, hasn't been started in over a year. Located at debtor's homestead. | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 4 | Make: Honda Model: Magna motorcycle Year: 1996 Other Information: 1996 Honda Magna motorcycle. Non- functional. Not stored properly, needs a new tank and carburetor. Located at debtor's homestead. | $500.00 | $500.00 | | $0.00 | FA |
| 5 | Make: Honda Model: CB450 motorcycle Year: 1974 Other Information: 1974 Honda CB450 motorcycle. Has no title, not registered, non-running. Located at debtor's homestead. | $50.00 | $50.00 | | $0.00 | FA |
| 6 | Household goods and furnishings See continuation pages | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 7 | SSTi Family Management, LLC. (forfeited/defunct) 100% | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-41155-ELM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | LANDGRAF, MATTHEW GUY | Date Filed (f) or Converted (c): | 03/22/2019 (f) |
| For the Period Ending: | 3/12/2022 | §341(a) Meeting Date: | 05/21/2019 |
| | | Claims Bar Date: | 10/12/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 8 | Landgraf Revocable Trust. The trust holds the Rural Homestead property in Rowlett, TX (described elsewhere in this petition); Suburu STI automobile (described elsewhere in this petition) and a checking account with Bank of America -2503. | $1,900.00 | $1,900.00 | | $0.00 | FA |
| 9 | Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment See continuation pages | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**
　　　　　　　　　　　　　　　　　　　　　$615,210.00　　　　$16,950.00　　　　　　　　　　　　$0.00　　　　　　　　$1,119,389.50

**Major Activities affecting case closing:**

| 03/11/2022 | Trustee can foreclose or market the Property (defined below) for sale if Debtor hasn't sold the Property by 06/30/22. |
|---|---|
| 07/11/2021 | The Trustee and the Debtor have reached a settlement on the Trustee's Objection to Debtor's Exemption. The Debtor will have the exclusive right to market the property located at 9210 Miles Rd. and 9214 Miles Rd. (collectively the "Property") both in the City of Rowlett until 6/30/2022. The Trustee will receive $571,129.50 (the "Settlement Amount") from the sale of the Property. The Trustee agrees that the Property is exempt as a homestead to the extent of the Settlement Amount. The Trustee may select a real estate broker to market and sell all remaining parts of the property in a commercially reasonable manner after 6/30/2022. |
| 07/26/2020 | Trustee has employed counsel, and counsel has filed an Objection to Debtor's Exemption and a Motion for Summary Judgment on Objection to Homestead Exemptions. The Trustee is currently awaiting a ruling on the Motion for Summary Judgment. |

| Initial Projected Date Of Final Report (TFR): | 07/30/2021 | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |