Clayton L. Everett
State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorneys for Debtor Matthew Guy Landgraf

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Matthew Guy Landgraf<br><br>Debtor. | Case No. 19-41155-elm<br>Chapter 7 |

## NOTICE OF EXPEDITED HEARING

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that an expedited hearing on Debtor's *Motion to Sell Property* (Dkt. 107) has been set for **Wednesday May 17, 2023, at 1:30 p.m.** via WebEx Video Conference or in person before the Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx information below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

Respectfully Submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
        Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor Matthew Landgraf

**CERTIFICATE OF SERVICE**

      I certify that on May 5, 2023, a true and correct copy of the foregoing was served on all parties through the Court's ECF system, including the parties below and on the attached creditor's matrix.

*Attorneys for the Trustee:*
Kenneth A. Hill
Timothy A. York
Quilling, Selander, Lownds, Winslett, & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

*Chapter 7 Trustee:*
Areya Holder Aurzada
901 Main Street, Suite 5320
Dallas, Texas 75202

By: __/s/ Clayton L. Everett____