```
Label Matrix for local noticing          Conn Appliances, Inc                    501 W. Tenth Street
0539-4                                   c/o Becket and Lee LLP                  Fort Worth, TX 76102-3637
Case 22-41686-mxm7                       PO Box 3002
Northern District of Texas               Malvern, PA 19355-0702
Ft. Worth
Thu May  4 11:12:31 CDT 2023

ATT Uverse                               Account Resolution Corp                 Afterpay, Inc.
P.O.Box 5014                             Attn: Bankruptcy                        760 Market St. Floor 2
Carol Stream, IL 60197-5014              700 Goddard Ave                         San Francisco, CA 94102-2402
                                         Chesterfield, MO 63005-1100


All Things Medical Staffing              Arium Creekside Apartments              Attorney General of the United States
3620 Huffines Blvd #2121                 3620 Huffines Blvd                      U.S. Department of Justice
Carrollton TX 75010-6493                 Carrollton, TX 75010-6446               950 Pennsylvania Avenue NW
                                                                                 Washington, DC 20530-0001


BBVA USA - Bankruptcy Dept               Banafield Pet Hospital                  Banfield Pet Hospital
PO Box 10566                             1300 Green Oaks Rd                      1300 Green Oaks Rd.
Birmingham, AL 35296-0001                Fort Worth, TX 76116-1509               Fort Worth, TX 76116-1509


Barclays Bank Delaware                   Baylor Scott & White                    Bureau of Account Management
Attn: Bankruptcy                         Dept. 123477                            3607 Rosemont Ave. Ste 502
PO Box 8801                              PO Box 1259                             PO Box 8875
Wilmington, DE 19899-8801                Oaks, PA 19456-1259                     Camp Hill, PA 17001-8875


Caine & Weiner                           Capital One                             (p)CENTRAL TRUST BANK
Attn: Bankruptcy                         Attn: Bnakruptcy                        OPERATIONS DEPARTMENT
5805 Sepulveda Blvd                      P.O. Box 30285                          PO BOX 779
Sherman Oaks, CA 91411-2546              Salt Lake City, UT 84130-0285           JEFFERSON CITY MO 65102-0779


Charter Communications                   (p)JPMORGAN CHASE BANK  N A             Comenity Bank/Avenue
PO Box 790256                            BANKRUPTCY MAIL INTAKE TEAM             Attn: Bankruptcy
Saint Louis, MO 63179-0256               700 KANSAS LANE FLOOR 01                PO Box 182125
                                         MONROE LA 71203-4774                    Columbus, OH 43218-2125


Comerica Bank                            Computer Credit, Inc.                   Conn's HomePlus
PO Box 650282                            Claim Dept. 009697                      2445 Technology Forest Boulevard
Dallas, TX 75265-0282                    7996 North Point Blvd.                  Building 4, Suite 800
                                         PO Box 5238                             The Woodlands, TX 77381-5263
                                         Winston-Salem, NC  27113-5238


Cook Children's                          Credit Management Lp                    Credit One Bank
PO Box 733720                            6080 Tennyson Parkway                   Attn: Bankruptcy Department
Dallas, TX 75373-3720                    Plano, TX 75024-6002                    PO Box 98873
                                                                                 Las Vegas, NV 89193-8873


Credit Systems International, Inc        Credit Union of Texas                   Enhanced Recovery Company
Attn: Bankruptcy                         PO Box 7000                             Attn: Bankruptcy
PO Box 1088                              Allen, TX 75013-1305                    8014 Bayberry Road
Arlington, TX 76004-1088                                                         Jacksonville, FL 32256-7412
```

| | | |
|---|---|---|
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Convience Bank<br>PO Box 937<br>Killeen, TX 76540-0937 | Freedom Life Church<br>2435 E Hebron Parkway<br>Carrollton, TX 75010-4427 |
| Frontera<br>Attn: Heather Warren<br>PO Box 679990<br>Dallas. TX. 75267-9990 | Genesis FS Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | Heartland Resolution Group<br>PO Box 6152<br>Fishers IN 46038-6152 |
| IC Systems, Inc<br>Attn: Bankruptcy<br>PO Box 64378<br>St. Paul, MN 55164-0378 | Internal Revenue Service<br>1100 Commerce Street, MC 5026 DAL<br>Dallas, TX 75242-1100 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Midland Funding, LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | (p)MONARCH RECOVERY MANAGEMENT INC<br>ATTN COMPLIANCE<br>3260 TILLMAN DRIVE<br>SUITE 75<br>BENSALEM PA 19020-2059 | NTTA Correspondence<br>4825 Overton Ridge Blvd.<br>Ste. 304<br>Fort Worth, TX 76132-1424 |
| National Credit Adjusters, LLC<br>327 West 4th Avenue<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Navy Federal Credit Union<br>P.O. Box 23800<br>Merrifield, Virginia 22119-3800 | Nelnet<br>Attn: Bankruptcy Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PREFERRED LEASE<br>ATTN BANKRUPTCY DEPARTMENT<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | (p)PROCOLLECT INC<br>12170 ABRAMS RD SUITE 100<br>DALLAS TX 75243-4579 |
| Professional Finance Company, Inc.<br>Attn: Bankruptcy<br>PO Box 1686<br>Greeley, CO 80632-1686 | Progress Residential<br>1801 Royal Lane #810<br>Dallas, TX 75229-3169 | Progressive<br>256 West Date Dr<br>Draper UT 84020-2315 |
| Quadpay Inc.<br>33 Irving Place, Floor 3<br>New York, NY 10003-2332 | Reliant<br>PO Box 650475<br>Dallas, TX. 75265-0475 | SWC Group<br>4120 International Parkway #100<br>Carrollton, TX 75007-1957 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Security Finance<br>Attn: Centralized Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | (p)SEZZLE INC<br>251 N 1ST AVE<br>SUITE 200<br>MINNEAPOLIS MN 55401-1672 |

| | | |
|---|---|---|
| Speedy Cash<br>3100 N. Main Street<br>Fort Worth, Tx 76106-5832 | (s) T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TXU/Texas Energy<br>Attn: Bankruptcy<br>PO Box 650764<br>Dallas, TX 75265-0764 |
| Texas Health<br>PO Box 733509<br>Dallas, TX 75373-3509 | Texas Health Plano<br>PO Box 733509<br>Dallas, TX 75373-3509 | Texas Health Resources<br>PO Box 975615<br>Dallas, TX 75397-5615 |
| TruAccord<br>16011 College Blvd, Ste 130<br>Lenexa, KS 66219-9877 | U.S. Department of Justice<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201-6598 | US Anesthesia Partners<br>PO Box 8757<br>Coral Springs, FL 33075-8757 |
| US BANK<br>331 S. Broadway Ave<br>Albert Lea, MN 56007-4558 | USAA<br>PO Box 659476<br>San Antonio, TX. 78265-9476 | USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 |
| USMD Health System<br>1277 Country Club Ln.<br>Fort Worth, Tx 76112-2304 | United States Attorney - Fort Worth<br>Burnett Plaza Suite 1700<br>801 Cherry Street Unit #4<br>Fort Worth, TX 76102-6882 | United States Attorney Chad Meacham<br>1100 Commerce St Ste 300<br>Dallas, TX 75242-0397 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WESTPOINT AT SCENIC VISTA APARTMENTS<br>1200 Scenic Vista Dr<br>Fort Worth, TX 76108-7005 | Wells Fargo<br>101 Jim Wright Fwy N<br>Fort Worth, TX 76108-2252 |
| William T. Neary<br>US Trustee's Office<br>1100 Commerce Bldg. 9C60<br>Dallas, TX 75242-9998 | World Finance Corporat<br>Po Box 6429<br>Greenville, SC 29606-6429 | Alice Bower<br>Law Office of Alice Bower<br>6421 Camp Bowie Boulevard, Suite 300<br>Fort Worth, TX 76116-5421 |
| Chaketa Shience Terry<br>3128 Middleview Rd<br>Fort Worth, TX 76108-6511 | Nathaniel Phillip Terry<br>3128 Middleview Rd<br>Fort Worth, TX 76108-6511 | Roddrick Breon Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013-8043 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Central Bank<br>111 E. Miller St.<br>Jefferson City, MI. 65102 | Chase Bank<br>PO Box 182223<br>Columbus, OH 43218 | Klarna Inc.<br>629 N. High Street, Ste 300<br>Columbus, OH 43215 |

| | | |
|---|---|---|
| Monarch Recovery Management Inc.<br>3260 Tillman Dr Suite 75<br>Bensalem, PA 19020 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Preferred Lease<br>Attn: Bankruptcy<br>5501 Headquarters Dr<br>Plano, TX 75024 |
| Pro Collect, Inc<br>Attn: Bankruptcy<br>12170 N Abrams Road, Ste 100<br>Dallas, TX 75243 | Sezzle<br>Attn: Bankruptcy<br>PO Box 3320<br>Minneapolis, MN 55403 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

End of Label Matrix
Mailable recipients    83
Bypassed recipients     1
Total                  84